UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAWN MCGREGOR,

                                Plaintiff,

    v.

                                Civil Action No.
                              9:08-cv-770 (GLS/RFT)

SHERIFF JARVIS, St. Lawrence
County; BILL RAFTERTY, Warden,
St. Lawrence County Jail; ROBIN
FORBES, Corrections Officer, St.
Lawrence County Jail,

                                Defendants.
_____

APPEARANCES:                OF COUNSEL:

**FOR THE PLAINTIFF:**

SHAWN MCGREGOR
Plaintiff, *Pro Se*
07-A-4121
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, New York 12953

**FOR THE DEFENDANT:**

Hancock, Estabrook Law Firm      JAMES P. YOUNGS, ESQ.
1500 AXA Tower I                    JOHN L. MURAD, JR., ESQ.
100 Madison Street
Syracuse, New York 13221

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following an Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed August 20, 2010. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed August 20, 2010 (Dkt. No. 60) is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the defendants' motion for summary judgment (Dkt. No. 45) is GRANTED and this entire action is DISMISSED; and it is further

ORDERED that the clerk is to enter judgment in favor of the defendants against the plaintiff and close the case; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

IT IS SO ORDERED.

Dated:   September 16, 2010
         Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge